540 A.2d 267

**CONTINENTAL BANK**

v.

**Barry L. AXLER and Leslie C. Axler, h/w, Appellants.**

Supreme Court of Pennsylvania.

Argued April 13, 1988.

Decided April 26, 1988.

C. George Milner, Michael B.L. Hepps, Philadelphia, for appellants.

George J. Meng, James W. Hennessey, Norristown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and STOUT, JJ., dissent.